IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CLARK STOECKLEY and ERIK MCGREGOR,

                PLAINTIFFS,

-versus-

THE CITY OF NEW YORK, a municipal entity,
NEW YORK CITY POLICE OFFICER VINCENT
BOCCIO, NEW YORK CITY POLICE SERGEANT
ANTHONY SANTANGELO, NEW YORK CITY POLICE
OFFICER CHRISTOPHE VENTURA, NEW YORK CITY
POLICE LIEUTENANT JACK KONSTANTINIDIS (RETIRED),
NEW YORK CITY POLICE CAPTAIN WILLIAM GARDNER,
NEW YORK CITY POLICE SERGEANT ALLAN FLAXMAN
NEW YORK CITY POLICE OFFICER PETER STABILE,
NEW YORK CITY POLICE OFFICER BRIAN BLAZER,
NEW YORK CITY POLICE OFFICER FRANK BONILLA,
NEW YORK CITY POLICE OFFICER JAMES MAZZOLA,
NEW YORK CITY POLICE OFFICER SANABRIA,
NEW YORK CITY POLICE OFFICER FELICIANO
NEW YORK CITY POLICE SERGEANT "JANE DOE
POLICE SERGEANT FROM 10/17/11 INCIDENT", NEW YORK
CITY POLICE OFFICER "JOHN DOE NYPD TOW TRUCK
DRIVER FROM 10/17/11 INCIDENT", NEW YORK CITY
POLICE OFFICER ANTHONY ANGLISANO, NEW YORK
CITY POLICE OFFICER JOHN BLANCO, and NEW YORK
CITY POLICE OFFICERS "JOHN DOES 1-10,"

                DEFENDANTS.

INDEX NO.
13cv6173 (VSB)
(DCF)

ECF CASE

FIRST AMENDED
COMPLAINT
[JURY TRIAL
DEMANDED]

---

# EXHIBIT A



